UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HILDA HERRNKIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO. 11-CV-11144-FDS |
| | ) | |
| JOHNSON & JOHNSON and | ) | |
| CENTOCOR ORTHO BIOTECH INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ASSENTED TO MOTION TO EXTEND TIME
## TO FILE RESPONSIVE PLEADING

Defendants Johnson & Johnson ("J&J") and Janssen Biotech, Inc. ("Janssen") f/n/a Centocor Ortho Biotech Inc. ("COBI") (collectively referred to as "the defendants") hereby move, with the assent of plaintiff Hilda Herrnkind ("the plaintiff"), to extend the deadline by which an answer or responsive pleading must be filed up to and including August 5, 2011.

1.     This is a product liability action arising out of the alleged personal injuries sustained by the plaintiff while using Remicade allegedly manufactured and sold by Janssen.  The plaintiff asserts claims against both of the defendants for breach of warranty, negligence and negligent representation.

2.     The defendants seek to extend the deadline for responding to the plaintiff's complaint up to and including August 5, 2011, and the plaintiff has assented to the motion.

3.     This very brief extension is the first extension requested by the defendants.

WHEREFORE, the defendants respectfully request that their motion be allowed and that the deadline for filing an answer or responsive pleading be extended up to and including August 5, 2011.


Respectfully submitted,

The Defendants
JOHNSON & JOHNSON and
JANSSEN BIOTECH, INC. f/n/a
CENTOCOR ORTHO BIOTECH INC.

By their attorneys,


/s/ Kathleen M. Guilfoyle
James M. Campbell, #541882
Kathleen M. Guilfoyle, #546512
Campbell Campbell Edwards & Conroy, PC
One Constitution Center
Boston, MA 02129
TEL:   617-241-3000
FAX:   617-241-5115

ASSENTED TO:

The Plaintiff
HILDA HERRNKIND


By her attorneys,


/s/ Lee E. Rajsich
Barry C. Reed, Jr., Esq. #542281
Lee E. Rajsich, Esq.,  #676714
Reed & Giordano, P.A.
101 Tremont Street
Boston, MA 02108
TEL:  617-723-7755
FAX:  617-723-7756


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 5, 2011.


/s/ Kathleen M. Guilfoyle